IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| REBECCA S. CLARK, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No: 0:11-cv-3083-SB |
| | ) **ORDER** |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

On February 6, 2013, counsel for the Plaintiff filed a motion for attorney's fees and costs pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. In his motion, counsel seeks $4,465.13 in attorney's fees (which amounts to 24.3 hours at $183.75 per hour) and $23.00 in costs and expenses. On February 25, 2013, the government filed a response in support of the motion, indicating no objection to the requested amounts but noting that EAJA fees should be awarded to the Plaintiff and not directly to counsel in light of the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B) (2006). See Astrue v. Ratliff, 130 S.Ct. 2521 (2010).

After consideration, it is hereby

**ORDERED** that counsel's motion for attorney's fees, costs, and expenses pursuant to EAJA (Entry 31) is **GRANTED** in the amount of $4,465.13 in fees and $23.00 in costs and expenses.

**IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

February 28, 2013
Charleston, South Carolina

